**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CLINTON R. NORMAN,** § | |
| § | |
| **Plaintiff,** § | |
| **v.** § | |
| § | **CIVIL NO. 6:18-cv-00256-RWS-KNM** |
| **CITY OF BIG SANDY,** § | |
| § | |
| **Defendant.** § | |
| § | |
| § | |

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

PLEASE TAKE NOTICE that Plaintiff's by and through their attorneys of LEE & BRAZIEL, LLP, have changed their address effective immediately to the following:

LEE & BRAZIEL, LLP
1910 PACIFIC AVE., STE. 12000 – BOX 220
DALLAS, TX 75201

All non-electronic service of notices and documents should be mailed or delivered to the new office address listed above. All other contact information such as email addresses, phone numbers and fax number will remain the same.

Respectfully Submitted,

/s/ Robert (Bobby) Lee
Robert (Bobby) Lee
State Bar No. 00787888
lee@l-b-law.com
Megan Dixon
State Bar No. 24079901
dixon@l-b-law.com
Angela May
State Bar No. 24095077
may@l-b-law.com
1910 Pacific Ave., Ste. 12000–Box 220
(214) 749-1400 phone
(214) 749-1010 fax
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 6th day of December, 2019, a true and correct copy of the foregoing pleading was served upon all counsel via [ ] United States mail, certified, return receipt requested, [ ] United States regular mail, [ ] facsimile, [ ] electronic mail, [ √ ] notice of Electronic Filing.

/s/ Robert (Bobby) Lee
Robert (Bobby) Lee